Armand J. Howell, Bar Number 10029
Benjamin J. Mann, Bar Number 12588
Paul M. Halliday, Jr., Bar Number 5076
Brian J. Porter, Bar Number 14291
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-1, Asset-Backed Certificates, Series 2005-1
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone:  801-355-2886
Fax:  801-328-9714
Email: brian@hwmlawfirm.com
File No:  40520

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>MELISSA JOY BUJAN aka MELISSA J BUJAN<br><br>Debtor. | Bankruptcy Case No. 18-20388 KRA<br>Chapter 13<br><br>**NOTICE OF CONTINUED HEARING TO July 30, 2018 AT 1:30 PM** |

On May 2, 2018, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-1, Asset-Backed Certificates, Series 2005-1 ("Secured Creditor") filed its Motion for Relief and Notice of Hearing.  A hearing was scheduled for June 11, 2018, at 1:30 PM and continued to July 5, 2018, at 1:30 PM.  Please be informed that the hearing has been continued to July 30, 2018, at 1:30 PM.

DATED this 3rd day of July, 2018.

/s/ Brian J. Porter
Brian J. Porter
Attorney for Secured Creditor

## **MAILING CERTIFICATE**

The undersigned hereby certifies that true and correct copies of the Notice of Continued Hearing was mailed by first class mail, postage prepaid, or via ECF, this 3rd day of July, 2018, to each of the following:

Melissa Joy Bujan
912 West 130 North
Orem, UT 84057
Debtor

United States Trustee
Via ECF

Andrew T. Curtis
Via ECF
Debtors' Attorney

Lon Jenkins
Via ECF
Chapter 13 Trustee

/s/ Brian J. Porter

Brian J. Porter

Attorney for Secured Creditor